# Court of Appeals
# of the State of Georgia

ATLANTA,   April 23, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1324. THE STATE v. PENNY ANNY ROSAS.**

On February 3, 2015, the trial court entered an order suppressing Penny Anny Rosas's custodial statement. The State filed a notice of appeal from this ruling on February 18, 2015. Rosas has filed a motion to dismiss the appeal on the ground that it is untimely.

Although the State may file a direct appeal from the grant of a motion to suppress, the notice of appeal must be filed within two days of the trial court's ruling.[1] See OCGA § 5-7-1 (a) (5) (A); *State v. Andrade*, 330 Ga. App. 549 (768 SE2d 525) (2015). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because the State's notice of appeal was filed 15 days after the trial court's order, it is untimely. The motion to dismiss is hereby GRANTED, and this appeal is therefore DISMISSED.

---

[1] The two-day requirement apparently does not apply to orders excluding evidence that was illegally seized or the results of drug or alcohol tests. See OCGA § 5-7-1 (a) (4). Here, however, the appeal comes within the ambit of OCGA § 5-7-1 (a) (5).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* _____04/23/2015_____
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*